THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOCALS 302 AND 612 OF THE
INTERNATIONAL UNION OF
OPERATING ENGINEERS
CONSTRUCTION INDUSTRY
HEALTH AND SECURITY FUND;
LOCALS 302 AND 612 OF THE
INTERNATIONAL UNION OF
OPERATING ENGINEERS-
EMPLOYERS CONSTRUCTION
INDUSTRY RETIREMENT FUND;
WESTERN WASHINGTON
OPERATING ENGINEERS-
EMPLOYERS TRAINING TRUST
FUND; and LOCAL 302
INTERNATIONAL UNION OF
OPERATING ENGINEERS,

                    Plaintiffs,

          v.

ACE PAVING CO., INC.,

                    Defendant.

CASE NO. C12-0404-JCC

ORDER

This matter comes before the Court on Plaintiffs' motion for summary judgment (Dkt.

No. 7). The Court grants the motion for the reasons explained herein.

Plaintiffs filed a Complaint in this matter on March 8, 2012, alleging that Defendant Ace

Paving Co., Inc. failed to pay monthly contributions to the Plaintiff trust funds as required under

a binding collective bargaining agreement. (Dkt. No. 1.) Ace Paving appeared and answered the

1 Complaint on April 19, 2012. (Dkt. No. 6.)

2      On May 22, 2012, Plaintiffs moved for summary judgment on all claims, arguing that

3 Ace Paving's own reporting showed that it had breached the collective bargaining agreement.

4 (Dkt. No. 7.) Plaintiffs submitted documentation in support of their claim for $67,030.68 in late

5 contributions, liquidated damages, and interest. (Dkt. No. 8.) Ace Paving failed to respond to the

6 motion for summary judgment.

7      The Court considers Defendant's failure to oppose Plaintiffs' motion as an admission that

8 the motion has merit. *See* Local Rule CR 7(b)(2). Plaintiffs' motion for summary judgment (Dkt.

9 No. 7) is therefore GRANTED. Judgment is awarded to Plaintiffs against Defendant Ace Paving,

10 Inc. in the following amounts: $54,827.86 for contributions, $3,637.21 for dues, $6,585.50 for

11 liquidated damages, $1,980.11 for interest through May 31, 2012, and reasonable attorneys' fees

12 and costs to be determined at a later date.

13      The status conference set in this matter for Tuesday, June 26, 2012 at 9:00 a.m. is hereby

14 VACATED.

15      DATED this 22nd day of June 2012.

16

17

18

19                               John C. Coughenour

20                               UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

ORDER
PAGE - 2