UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND; LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT FUND; WESTERN WASHINGTON OPERATING ENGINEERS-EMPLOYERS TRAINING TRUST FUND; and LOCAL 302 INTERNATIONAL UNION OF OPERATING ENGINEERS, <br><br> Plaintiffs, <br><br> v. <br><br> ACE PAVING CO., INC., <br><br> Defendant. | CASE NO. C12-0404-JCC <br><br> ORDER |

This matter comes before the Court on Plaintiffs' motion for summary judgment (Dkt. No. 7). The Court grants the motion for the reasons explained herein.

Plaintiffs filed a Complaint in this matter on March 8, 2012, alleging that Defendant Ace Paving Co., Inc. failed to pay monthly contributions to the Plaintiff trust funds as required under a binding collective bargaining agreement. (Dkt. No. 1.) Ace Paving appeared and answered the

Complaint on April 19, 2012. (Dkt. No. 6.)

On May 22, 2012, Plaintiffs moved for summary judgment on all claims, arguing that Ace Paving's own reporting showed that it had breached the collective bargaining agreement. (Dkt. No. 7.) Plaintiffs submitted documentation in support of their claim for $67,030.68 in late contributions, liquidated damages, and interest. (Dkt. No. 8.) Ace Paving failed to respond to the motion for summary judgment.

The Court considers Defendant's failure to oppose Plaintiffs' motion as an admission that the motion has merit. *See* Local Rule CR 7(b)(2). Plaintiffs' motion for summary judgment (Dkt. No. 7) is therefore GRANTED. Judgment is awarded to Plaintiffs against Defendant Ace Paving, Inc. in the following amounts: $54,827.86 for contributions, $3,637.21 for dues, $6,585.50 for liquidated damages, $1,980.11 for interest through May 31, 2012, and reasonable attorneys' fees and costs to be determined at a later date.

The status conference set in this matter for Tuesday, June 26, 2012 at 9:00 a.m. is hereby VACATED.

DATED this 22nd day of June 2012.

_____

John C. Coughenour
UNITED STATES DISTRICT JUDGE